AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tharp, John J. | District Court, Northern District of Illinois | 05/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 (family trust; no reportable assets because I did not create the trust and have no beneficial interest in the trust) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Janus & Associates, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Pacific Life (n/k/a Genworth Life Ins. Co.) | Loan #1 | K |
| 2. | United Pacific Life (n/k/a Genworth Life Ins. Co.) | Loan #2 | K |
| 3. | JP Morgan Chase | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T (common stock) | B | Dividend | K | T | | | | | |
| 2. DowDuPont (common stock) | B | Dividend | L | T | | | | | |
| 3. General Electric (common stock) | A | Dividend | J | T | | | | | |
| 4. IBM (common stock) | C | Dividend | L | T | | | | | |
| 5. JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |
| 6. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 7. Northwestern Mutual Insurance Policies (Whole Life) | D | Dividend | M | T | | | | | |
| 8. Pfizer (common stock) | C | Dividend | M | T | | | | | |
| 9. United Pacific Life Ins. (Universal Life; no control) (nka Genworth) | D | Dividend | N | T | | | | | |
| 10. U.S. Savings Bonds | | None | K | T | | | | | |
| 11. Vanguard Dividend Growth Fund | D | Dividend | L | T | | | | | |
| 12. Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 13. Vanguard Federal Money Market Fund | A | Int./Div. | K | T | | | | | |
| 14. Vanguard Information Tech ETF | B | Dividend | M | T | | | | | |
| 15. Vanguard Mid-Cap ETF | A | Dividend | K | T | | | | | |
| 16. Vanguard Tax Exempt Money Market Fund | A | Int./Div. | | | Redeemed | 08/03/18 | J | | |
| 17. Vanguard Long-Term Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard S&P 500 Index Fund | B | Dividend | L | T | | | | | |
| 19. Vanguard Prime Money Market Fund | A | Int./Div. | J | T | | | | | |
| 20. IRA #1 (H) | | | | | | | | | |
| 21. --Vanguard Total International Stock Index Fund | C | Dividend | L | T | | | | | |
| 22. --Vanguard Total Stock Market Index Fund | C | Dividend | M | T | | | | | |
| 23. --Vanguard Total Bond Market Index Fund | B | Dividend | K | T | | | | | |
| 24. IRA #2 (H) | | | | | | | | | |
| 25. --Vanguard Total International Stock Index Fund | A | Dividend | J | T | | | | | |
| 26. --Vanguard Total Stock Market Index Fund | A | Dividend | L | T | | | | | |
| 27. --Vanguard Total Bond Market Index Fund | A | Dividend | J | T | | | | | |
| 28. IRA #3 (H) | | | | | | | | | |
| 29. --Fidelity Magellan Fund | E | Dividend | N | T | | | | | |
| 30. IRA #4 (H) | | | | | | | | | |
| 31. --Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 32. IRA #5 (H) | | | | | | | | | |
| 33. --CIVIX - MFO Causeway Cap Mgmt Tr Intl Value FD Instl Cl | D | Dividend | M | T | Buy (add'l) | 01/19/18 | J | | |
| 34. | | | | | Buy (add'l) | 10/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --DFCEX - MFO DFA Invt. Dimensions Group Inc Emerging Mkts | C | Dividend | M | T | Buy (add'l) | 01/19/18 | J | | |
| 36. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 37. --DFEVX - MFO DFA Emerging Markets Value | C | Dividend | M | T | Buy (add'l) | 01/19/18 | J | | |
| 38. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 39. --DFITX - MFO DFA Invt Dimensions Group Inc Intl Real Estate | C | Dividend | K | T | | | | | |
| 40. --DFREX - MFO DFA Invt Dimensions Group Inc. Real Estate | D | Dividend | L | T | Sold (part) | 10/19/18 | J | C | |
| 41. --GUNR - MFC Flexshares TR Morningstar Global Upstream NRIF | B | Dividend | L | T | Buy (add'l) | 01/19/18 | J | | |
| 42. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 43. --HLMIX - MFO Harding Loevner FDS Inc. Intl Equity Portfolio | C | Dividend | M | T | Buy (add'l) | 01/19/18 | K | | |
| 44. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 45. --NMFIX MFB Northern Multimanager | D | Dividend | L | T | | | | | |
| 46. --NOMIX - MFB Northern Mid Cap Index Fund | D | Dividend | M | T | | | | | |
| 47. --NOSIX - MFB Northern Funds Stock Index Fund | E | Dividend | O | T | | | | | |
| 48. --NSIDX - MFB Northern Funds Small Cap Index Fund | D | Dividend | M | T | | | | | |
| 49. --PHIYX - MFO Pimco Funds Pac Invt Mgmt Ser HY Instl CL | A | Dividend | | | | | | | |
| 50. QDF MFC Flexshares Trust Quality | D | Dividend | N | T | | | | | |
| 51. NHFIX MFB Northern High Yield Fixed Income | B | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 53. BHYIX Black Rock Federal High Yield Bond | D | Int./Div. | M | T | Buy (add'l) | 01/19/18 | J | | |
| 54. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 55. NOGXX Northern US Govt Money Market | A | Int./Div. | K | T | | | | | |
| 56. IRA #6 (H) | | | | | | | | | |
| 57. --Fidelity Blue Chip Growth | C | Dividend | L | T | | | | | |
| 58. --Fidelity Independence | E | Dividend | N | T | | | | | |
| 59. IRA #7 (H) | | | | | | | | | |
| 60. --Fidelity Independence | C | Dividend | K | T | | | | | |
| 61. Trust #1 (H) | | | | | | | | | |
| 62. Trust #2 (H) | | | | | | | | | |
| 63. --Allstate (common) | B | Dividend | K | T | | | | | |
| 64. --American Electric Power (common) | B | Dividend | K | T | | | | | |
| 65. --Anadarko Petroleum (common) | A | Dividend | J | T | | | | | |
| 66. --AT&T (common) | C | Dividend | K | T | | | | | |
| 67. --Blackrock Global Allocation C | A | Dividend | J | T | | | | | |
| 68. --BP Amoco (ADR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Chemours | A | Dividend | J | T | | | | | |
| 70. --Conoco Phillips (common) | A | Dividend | K | T | | | | | |
| 71. --DowDuPont (common) | A | Dividend | K | T | | | | | |
| 72. --Duke Energy (common) | A | Dividend | J | T | | | | | |
| 73. --Exxon (common) | B | Dividend | L | T | | | | | |
| 74. --Fortune Brands Home & Security (common) | A | Dividend | J | T | | | | | |
| 75. --Hershey (common) | B | Dividend | L | T | | | | | |
| 76. --ISHARES Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 77. --ISHARES S&P Growth ETF (IVW) | A | Dividend | J | T | Sold (part) | 12/26/18 | K | A | |
| 78. --Ivy Asset Strategy | D | Dividend | K | T | | | | | |
| 79. --JP Morgan Chase Cash Accounts | A | Dividend | J | T | | | | | |
| 80. --JP Morgan Tr I US Small Co. Cl C | B | Dividend | J | T | | | | | |
| 81. --JP Morgan Tr II Large Cap Growth (formerly JP Morgan Dynamic Growth) | D | Dividend | K | T | | | | | |
| 82. --Lincoln National Group (common) | A | Dividend | K | T | | | | | |
| 83. --Merck (common) | A | Dividend | K | T | | | | | |
| 84. --Monsanto (common) | A | Dividend | | | Sold | 06/07/18 | K | D | |
| 85. --Pfizer (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Phillips 66 (common) | A | Dividend | J | T | | | | | |
| 87. --Sterling Cap FDS Mid Value FD (OVECX) | C | Dividend | K | T | | | | | |
| 88. --Walgreen's Boots Alliance (common) | C | Dividend | M | T | | | | | |
| 89. --Enbridge Inc. (common) (formerly Spectra Energy) | A | Dividend | J | T | | | | | |
| 90. Trust #3 (H) | | | | | | | | | |
| 91. --3-M (common) | B | Dividend | L | T | | | | | |
| 92. --Allstate (common) | A | Dividend | K | T | | | | | |
| 93. --Bank of America (common) | A | Dividend | J | T | | | | | |
| 94. --DowDuPont (common) (formerly Dow Chemical) | A | Dividend | K | T | | | | | |
| 95. --Exelon (common) | A | Dividend | J | T | | | | | |
| 96. --Exxon (common) | B | Dividend | K | T | | | | | |
| 97. --IBM (common) | A | Dividend | J | T | | | | | |
| 98. --JP Morgan Chase (common) | A | Dividend | J | T | | | | | |
| 99. --JP Morgan US Treasury Plus Money Market Acct. | A | Dividend | J | T | | | | | |
| 100. --Lincoln National Corp. (common) | A | Dividend | J | T | | | | | |
| 101. --Pfizer (common) | B | Dividend | L | T | | | | | |
| 102. --Sherwin Williams (common) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Trust #4 (H) | | | | | | | | | |
| 104.  --3-M (common) | C | Dividend | M | T | | | | | |
| 105.  --Exxon Mobil (common) | D | Dividend | M | T | | | | | |
| 106.  --McDonald's (common) | E | Dividend | O | T | | | | | |
| 107.  --JP Morgan Chase Cash Account | A | Dividend | J | T | | | | | |
| 108.  Trust #5 (H) | | | | | | | | | |
| 109.  --JP Morgan Chase Cash Account | A | Interest | J | T | | | | | |
| 110.  --25% of Moles Family Partnership (H) | | | | | | | | | |
| 111.  ---NOTEX-Northern Funds Tax Exept Fund | A | Dividend | | | Sold | 04/23/18 | J | A | |
| 112.  ---NSIDX-Northern Funds Sall Cap Index Fund | A | Dividend | J | T | | | | | |
| 113.  ---NOSIX-Northern Funds Stock Index Fund | C | Dividend | L | T | | | | | |
| 114.  ---NOMIX-Northern Mid Cap Index Fund | A | Dividend | J | T | | | | | |
| 115.  ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | A | Dividend | | | Sold | 04/17/18 | J | A | |
| 116.  ---DVY-IShares Tr Dow Jones Select Divid Index Fd | A | Dividend | J | T | | | | | |
| 117.  ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | A | Dividend | J | T | Buy (add'l) | 04/23/18 | J | | |
| 118. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 119. | | | | | Buy (add'l) | 10/19/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | A | Dividend | J | T | Buy (add'l) | 04/17/18 | J | | |
| 121. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 122. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | A | Dividend | J | T | | | | | |
| 123. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | A | Dividend | K | T | Buy (add'l) | 09/10/18 | J | | |
| 124. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 125. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | A | Dividend | J | T | Buy (add'l) | 10/19/18 | J | | |
| 126. ---DFREX-Invt Dimensions Group Real Estate Secs Prt | A | Dividend | J | T | | | | | |
| 127. ---DFEVX-Emerging Markets Value Fd | A | Dividend | J | T | Buy (add'l) | 10/19/18 | J | | |
| 128. ---NMFIX MFB Northern Multi-Manager | A | Dividend | | | Sold | 09/10/18 | J | A | |
| 129. ---MFR Northern Fds Cash Accounts (X) | | | | | | | | | |
| 130. ---BHYIX Blackrock Fed High Yield Bond Portfolio | A | Dividend | J | T | | | | | |
| 131. ---QDF MFC Flexshares Trust Quality Div | A | Dividend | J | T | Buy (add'l) | 09/11/18 | J | | |
| 132. ---MFB Northern US Govt Money Mkt Fund (Cash Account) | A | Int./Div. | J | T | | | | | |
| 133. ---NFRA MFC Flexshares TR STOXX Global Broad | A | Dividend | J | T | Buy | 09/10/18 | J | | |
| 134. Trust #6 (H) | | | | | | | | | |
| 135. --Farm land, Christian County, Illinois | E | Distribution | M | W | | | | | |
| 136. --JP Morgan Chase Cash Account | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Trust #7 (H) | | | | | | | | | |
| 138. --IShares MSCI EAFE Index Fund (EFA) | B | Dividend | K | T | Sold (part) | 06/06/18 | J | B | |
| 139. JPM Tax Free Bond Fd #1374, NKA JPM Interim Tax Free Bond Fd | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 140. | | | | | Sold | 02/14/18 | L | A | |
| 141. --Condominium Unit (real estate), Sarasota County, Florida | | | M | W | | | | | |
| 142. --Hart. Cap. Appr. Fd (ITHIX), NKA Hart.Cap.Appr.-F (HCAFX) | A | Dividend | | | Sold (part) | 10/17/18 | J | B | |
| 143. | | | | | Sold | 12/06/18 | K | A | |
| 144. --JPM Cap Core Plus (JLPSX) NKA JPM L/Cap Core -R6 (JLPYX) | C | Dividend | K | T | Sold (part) | 10/17/18 | J | A | |
| 145. --Neuberger Berman Multi Cap Opportunities Fd (NMULX) | C | Dividend | K | T | Sold (part) | 02/14/18 | J | C | |
| 146. --Spdr S&P 500 ETF Trust (SPY) | C | Dividend | M | T | | | | | |
| 147. --MFS Intl Value Fd-1 (MINIX) NKA MFS Intl Value -R6 (MINJX) | B | Dividend | K | T | Sold (part) | 10/17/18 | J | C | |
| 148. --Capital Private Client SVCS Cap Non-US Equities (CNUSX) | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 149. | | | | | Sold (part) | 08/16/18 | J | A | |
| 150. | | | | | Sold (part) | 10/17/18 | J | B | |
| 151. --JPM Glbl R/E Fund (JEITX) NKA JPM Global R/E Fd (JEIYX) | D | Dividend | K | T | Sold (part) | 01/12/18 | J | C | |
| 152. | | | | | Sold (part) | 10/17/18 | J | C | |
| 153. --JP Morgan Tax Free Instl Sweep Fund (#840) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. --Met West T/R CL I (MWTIX) NKA Met West T/R BD-PLN | A | Dividend | J | T | Sold (part) | 12/17/18 | J | A | |
| 155. ---John Hancock Str Inc I (JIPIX) NKA JH II Str. Inc. Op R6 | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 156. ---AMG Mgr Pictet Intl (APCTX) NKA AMG Mgr Pic Intl (APCZX) | A | Dividend | J | T | Sold (part) | 10/17/18 | J | A | |
| 157. ---Ishares Inc MSCI Japan New (EWJ) | A | Dividend | J | T | | | | | |
| 158. ---NB Hi In B INS (NHLIX) NKA NB High Inc Bond R6 (NRHIX) | A | Dividend | | | Sold | 02/08/18 | K | A | |
| 159. ---iShares JP Morgan EM Bond Fund (EMB) | A | Dividend | | | Sold | 02/08/18 | J | A | |
| 160. ---JP Morgan Cash Account | A | Interest | J | T | | | | | |
| 161. ---Dodge & Cox Income Fd (DODIX) | A | Dividend | J | T | | | | | |
| 162. ---Ishares Core MSCI EAFE ETF (IEFA) | B | Dividend | | | Sold | 12/21/18 | K | A | |
| 163. ---Ishares S&P 500/Barra Growth (IVW) | | | J | T | Buy | 12/26/18 | J | | |
| 164. ---Ishares S&P 500/Barra Value (IVE) | | | J | T | Buy | 12/26/18 | J | | |
| 165. ---Six Circles U.S. Unconstrained (CUSUX) | A | Dividend | K | T | Buy | 10/18/18 | K | | |
| 166. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 167. ---JPMorgan BetaBuilders Canada ETF (BBCA) | A | Dividend | J | T | Buy | 08/23/18 | J | | |
| 168. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 169. ---Six Circles Int'l Unconstrained (CIUEX) | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 170. | | | | | Buy (add'l) | 12/07/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ---JPMorgan BetaBuilders Europe (BBEU) | A | Dividend | K | T | Buy | 12/26/18 | J | | |
| 172. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 173. ---JPMorgan BetaBuilders Japan (BBJP) | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 174. ---JPMorgan BetaBuilders Developed Asia (BBAX) | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 175. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 176. ---Six Circles Tax Aware Ultra Short | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 177. ---Ishares Barclays 1-3 year Treasury | A | Dividend | K | T | Buy | 06/06/18 | J | | |
| 178. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 179. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 180. ---Fidelity Intermediate Municipal | B | Dividend | L | | Buy | 02/14/18 | L | | |
| 181. ---Amer Funds T/E Bnd Fund AM-F3 | B | Dividend | K | T | Buy | 01/19/18 | K | | |
| 182. | | | | | Sold (part) | 12/17/18 | J | A | |
| 183. ---Fidelity 500 Index Fund | A | Dividend | | | Buy | 02/07/18 | J | | |
| 184. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 185. | | | | | Sold | 12/21/18 | J | A | |
| 186. ---PIMCO Short Term Fund Instt'l | A | Dividend | | | Buy | 01/12/18 | J | | |
| 187. | | | | | Sold (part) | 02/07/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 189. | | | | | Sold | 10/17/18 | J | A | |
| 190. Trust #8 (H) | | | | | | | | | |
| 191. --JPMORGAN CASH ACCOUNT | A | Interest | K | T | | | | | |
| 192. --SPDR 500 ETF TR (SPY) | D | Dividend | N | T | | | | | |
| 193. --JPM TX FREE (FUND 1374) NKA JPM Interim T/F R6 (JITZX) | C | Dividend | M | T | | | | | |
| 194. --JP MORGAN TR I TAX AWARE EQUITY FD INSTL (JPDEX) (fka SELECT JPESX) | B | Dividend | K | T | Sold (part) | 10/16/18 | J | C | |
| 195. --MFS Intl Val Fd (MINIX) KNA MFS Intl Val Fd R6 (MINJX) | B | Dividend | K | T | | | | | |
| 196. --PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD (POSKX) | B | Dividend | K | T | | | | | |
| 197. --Hartf.Cap. Appr. I (TTHX) KNA Har.Cap.Appr. F (HCAFX) | C | Dividend | K | T | Sold (part) | 10/16/18 | J | B | |
| 198. --NEUBERGER BERMAN EQUITY --FDS MULCAP OPP INS FUND (NMULX) | D | Dividend | L | T | | | | | |
| 199. --ISHARES MSCI EAFE INDX FD (EFA) | C | Dividend | L | T | Sold (part) | 06/06/18 | K | B | |
| 200. --JPM Glob R/E Idx Fd (JEITX) NKA JPM Glob R/E R6 (JEIYX) | D | Dividend | L | T | Sold (part) | 01/08/18 | K | C | |
| 201. | | | | | Sold (part) | 10/16/18 | J | C | |
| 202. --Doubleline Total Ret Bond-1 (DBLTX) | B | Dividend | K | T | Sold (part) | 12/13/18 | J | A | |
| 203. --JH Str Inc-1 (JIPIX) NKA JH II Str Inc Opp R6 | A | Dividend | | | Sold | 01/08/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  ---AMG Mgr PicIntl (ACPTX) NKA AMG Mgr Pic Int Z (APCZX) | C | Dividend | K | T | Sold (part) | 10/16/18 | K | D | |
| 205.  ---Dodge & Cox Intl Stock Fd (DODFX) | A | Dividend | K | T | Sold (part) | 08/14/18 | J | A | |
| 206. | | | | | Sold (part) | 12/13/18 | K | D | |
| 207.  ---iShares Inc MSCI Japan New (EWJ) | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 208. | | | | | Buy (add'l) | 01/08/18 | J | | |
| 209.  ---NB Hi In B-Ins (NHILX) NKA NB Hi Inc. Bond R6 (NRHIX) | A | Dividend | | | Sold | 02/14/18 | K | B | |
| 210.  ---iShares JP Morgan EM Bond Fund (EMB) | A | Dividend | | | Sold | 02/13/18 | J | A | |
| 211.  ---Ishares Core MSCI EAFE ETF (IEFA) | B | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 212. | | | | | Sold (part) | 10/16/18 | J | A | |
| 213. | | | | | Sold (part) | 12/20/18 | K | A | |
| 214. | | | | | Sold | 12/21/18 | K | A | |
| 215.  ---Dodge & Cox Income Fd (DODIX) | A | Dividend | J | T | | | | | |
| 216.  ---JPM Shrt-Int Muni Bnd - I (JIMIX) | | | | | Sold (part) | 01/08/18 | K | A | |
| 217. | | | | | Sold | 10/16/18 | J | A | |
| 218.  ---Ishares S&P 500/Barra Growth Index (IVW) | | | J | T | Buy | 12/21/18 | J | | |
| 219.  ---Ishares S&P 500/Barra Value Index (IVE) | | | J | T | Buy | 12/21/18 | J | | |
| 220.  ---Six Circles U.S. Unconstrained (CUSUX) | A | Dividend | K | T | Buy | 10/16/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. ---JPMorgan BetaBuilders Canada ETF (BBCA) | A | Dividend | K | T | Buy | 08/14/18 | J | | |
| 222. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 223. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 224. ---Six Circles Int'l (CIUEX) | A | Dividend | K | T | Buy | 10/16/18 | K | | |
| 225. ---JPMorgan BetaBuilders Europe ETF (BBEU) | A | Dividend | K | T | Buy | 12/20/18 | K | | |
| 226. | | | | | Buy (add'l) | 12/21/18 | K | | |
| 227. ---JPMorgan BetaBuilders Japan ETF (BBJP) | A | Dividend | K | T | Buy | 12/20/18 | J | | |
| 228. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 229. ---JPMorgan BetaBuilders Developed Asia (BBAX) | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 230. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 231. ---Six Circles Tax Aware Ultra Short | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 232. ---Ishares Barclays 1-3 year Treasurty | A | Dividend | K | T | Buy | 06/06/18 | K | | |
| 233. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 234. ---Ameri Funds T/E Bond Fund (AM-f3) | B | Dividend | L | T | Buy | 01/17/18 | L | | |
| 235. ---Fidelity 500 Index Fund | A | Dividend | | | Buy | 02/08/18 | J | | |
| 236. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 237. | | | | | Sold | 12/21/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238.  ---Pimco Short Term Fund | A | Dividend | | | Buy | 01/08/18 | J | | |
| 239. | | | | | Sold (part) | 02/08/18 | J | A | |
| 240. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 241. | | | | | Sold | 10/16/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information Concerning Part VII, Investments and Trusts:

_____ is the sole beneficiary of Trusts #2-#5 and has a 25% beneficial interest in Trusts #6 through #8. I have reported only the value of _____ beneficial interest in these trusts.

Line 19: Vanguard Prime Money Market Fund was omitted in error from 2017 report. No change in income/value of asset.

Line 49: Fund was sold on 12/14/17 but dividend income was received on 1/2/18.

Line 61: Trust #1 has no reportable assets. I did not create the Trust and am not a beneficiary.

Line 98: Corrected Name: Previously listed as JPMorgan Cash Account

Line 129: MFR Northern Funds Cash Accounts was transferred into MFB Northern US Govt Money Mkt Fund in 2017. Income and value was incorrectly reported under both account names in 2017 (once under each fund name), but income and value of MFB Northern US Govt Money Mkt Fund was correct even with the addition of the MFR Northern Funds Cash Accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John J. Tharp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544